UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
<u>GORDON, CANDICE E.</u>

Case No.: <u>20-13261</u>  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on May 19, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. <u>4B</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 105 Breckenbridge Drive, Sicklerville, NJ 08081<br>(FMV $198,000.00)<br>Orange Lake Resort, 6 Broadway, Kissimmee, FL 34741<br>(FMV $15,000.00) |
|---|---|

| Liens on property: | $270,248.00 – 1st Mortgage, Fay Servicing<br>$10,000.00 – 2nd Mortgage, NJ Housing and Mortgage Finance Agency<br>$679.15 – Township of Gloucester, utilities |
|---|---|

| Amount of equity claimed as exempt: | $0.00 – 105 Breckenbridge Drive;<br>$1,400.00 – Orange Lake Resort |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 20-13261-ABA
Candice E. Gordon                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 2              Date Rcvd: Apr 21, 2020
                            Form ID: pdf905        Total Noticed: 23

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2020.
db             +Candice E. Gordon,    179 Pennsbury Lane,    Woodbury, NJ 08096-5149
518734978      +ARS,    1643 NW 136th Ave., Bldg H, Ste 100,    Fort Lauderdale, FL 33323-2857
518734977       Aqua New Jersey, Inc.,    762 W Lancaster Avenue,    Bryn Mawr, PA 19010-3489
518751834       Citibank, N.A., as Trustee for CMLTI Asset Trust,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
518734981      +Emerg Phy Assoc of S.Jersey, PC,    6681 Country Club Drive,    Minneapolis, MN 55427-4601
518734982       Fay Servicing,    PO Box 3644,   Springfield, OH 45501-3644
518734983      +Friedman Vartolo, LLP,    85 Broad Street, Suite 501,    New York, NY 10004-1734
518734984      +HESAA,    PO Box 548,   Trenton, NJ 08625-0548
518734985       NJ Housing and Mortgage Finance Agency,    637 S. Clinton Avenue,    PO Box 18550,
                 Trenton, NJ 08650-2085
518734987       Santander Consumer USA,    8585 N Stemmons Fwy Ste 1100,    Dallas, TX 75247-3836
518734988      +South Jersey Endodontics, PA,    292 Hurffville-Grenloch Road, Ste. 200,    Sewell, NJ 08080-2656
518734989       South Jersey Gas Company,    Customer Care Center,    PO Box 577,   Hammonton, NJ 08037-0577
518734990      +Township of Gloucester,    1261 Chews Landing-Clementon Rd,    PO Box 8,
                 Blackwood, NJ 08012-0008
518734991       Trojan Professional Services,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
518749395      +US BK Cust for PC7 Firsttrust,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
                 Voorhees, NJ 08043-4381
518734992       US Department of Education,    Direct Loan Servicing Center,    PO Box 5609,
                 Greenville, TX 75403-5609
518736689      +William J. Leighton, Jr.,    179 Pennsbury Lane,    Woodbury, NJ 08096-5149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2020 22:49:30      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2020 22:49:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518734979       E-mail/Text: bankruptcy@pepcoholdings.com Apr 21 2020 22:49:04      Atlantic City Electric,
                 Bankruptcy Division,    5 Collins Drive, Suite 2133,    Mail Stop 84CP42,
                 Carneys Point, NJ 08069-3600
518734980       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 21 2020 22:49:16      Comenity Bank,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
518734986      +E-mail/Text: bankruptcy@pseg.com Apr 21 2020 22:48:15      PSE&G,    ATTN: Bankruptcy Dept,
                 PO Box 490,   Cranford, NJ 07016-0490
518738007      +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 23:01:46      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
              Andrew   Sklar     andy@sklarlaw.com, NJ43@ecfcbis.com
              Denise E. Carlon     on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Linda S. Fossi     on behalf of Creditor    US BK Cust for PC7 Firsttrust lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rex J. Roldan     on behalf of Debtor Candice E. Gordon roldanlaw@comcast.net, roldanlaw1@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1           User: admin                Page 2 of 2                   Date Rcvd: Apr 21, 2020
                               Form ID: pdf905            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                      TOTAL: 5