Certificate Number: 17082-NJ-DE-034392989

Bankruptcy Case Number: 20-13261



17082-NJ-DE-034392989

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 27, 2020</u>, at <u>12:30</u> o'clock <u>PM MST</u>, <u>CANDICE E GORDON</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>April 28, 2020</u>          By:     <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>