Form oscmlfee – oscmlfeev27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 20−13261−ABA
                Chapter: 7
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Candice E. Gordon
    179 Pennsbury Lane
    Woodbury, NJ 08096

Social Security No.:
    xxx−xx−3019

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

    The Court having noted that:

    ☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 4/27/20 in the amount of $ 83.75 has not been received by the Clerk,

    ☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

    It is hereby ORDERED that:

The debtor or debtor's attorney must appear at a hearing to be held before the Honorable Andrew B. Altenburg Jr. on:

    Date: May 26, 2020
    Time: 10:30 AM
    Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to show cause why the case should not be dismissed.

    If **all** required fees are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

    Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

    Unless all required fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

Dated: April 28, 2020
JAN: bc

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

Case 20-13261-ABA    Doc 18    Filed 04/30/20    Entered 05/01/20 00:21:18    Desc Imaged
Certificate of Notice    Page 2 of 3

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Candice E. Gordon  
      Debtor

Case No. 20-13261-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 28, 2020  
                       Form ID: oscmlfee     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.  
db         +Candice E. Gordon,   179 Pennsbury Lane,    Woodbury, NJ 08096-5149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2020 22:57:51     United States Trustee,  
      Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,  
      Newark, NJ 07102-5235  
                                                                                                                                         TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:  
        Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com  
        Denise E. Carlon    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Linda S. Fossi    on behalf of Creditor    US BK Cust for PC7 Firsttrust lfossi@zeitzlawfirm.com,  
        gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
        Rex J. Roldan    on behalf of Debtor Candice E. Gordon roldanlaw@comcast.net, roldanlaw1@gmail.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                      TOTAL: 5